No. 93–5584.  GUNTER v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 93–5592.  AZIZ v. GROOSE ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 93–5593.  CONBOY v. MONTGOMERY COUNTY, MARYLAND, GOVERNMENT.  C. A. 4th Cir.  Certiorari denied.

No. 93–5601.  HARBOLD v. INDIANA ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 93–5603.  WHITE v. INTERNATIONAL UNION PLANT GUARD WORKERS, LOCAL No. 166.  Ct. App. Ohio, Montgomery County.  Certiorari denied.

No. 93–5606.  ALLEN v. COWLEY, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 93–5616.  McGOWAN v. SOWDERS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 93–5617.  LOYD v. GRANT.  C. A. 5th Cir.  Certiorari denied.

No. 93–5624.  WHITSON v. HILLHAVEN WEST, INC., ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 93–5628.  STANLEY v. WHITE ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 93–5629.  SHIMEK v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 93–5630.  GUTIERREZ v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 93–5633.  O'DONNELL v. AMERICAN CAREER TRAINING CORP. ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 93–5634.  ALIFF v. DITRAPANO ET AL.  Cir. Ct. Mercer County, W. Va.  Certiorari denied.

No. 93–5635.  COLEMAN v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.